1  JOHN M. SORICH (CA Bar No. 125223)
   jsorich@adorno.com
2  S. CHRISTOPHER YOO (CA Bar No. 169442)
   cyoo@adorno.com
3  ADORNO YOSS ALVARADO & SMITH
   A Professional Corporation
4  1 MacArthur Place, Suite 200
   Santa Ana, California 92707
5  Tel:  (714) 852-6800
   Fax: (714) 852-6899
6
   Attorneys for Defendant
7  AETNA LIFE INSURANCE
   COMPANY

8                   **UNITED STATES DISTRICT COURT**

9                   **CENTRAL  DISTRICT OF CALIFORNIA**

10

11 PETER S. MIKHAIL,                          **CASE NO.: CV07-04035PSG (JWJx)**

12          Plaintiffs,                        **JUDGE:**   Philip G. Gutierrez
                                               **CTRM:**    790 -ROYBAL
13 v.

14 AETNA LIFE INSURANCE                        **[~~PROPOSED~~] ORDER GRANTING
   COMPANY, ROBERT FAHLMAN, and                STIPULATION FOR DISMISSALS
15 DOES 1 through 30, inclusive,               OF FIRST AMENDED
                                               COMPLAINT AND
16          Defendants.                        COUNTERCLAIMS WITH
                                               PREJUDICE**
17

18 AETNA LIFE INSURANCE COMPANY

19          Counterclaimant,

20 v.

21 PETER S. MIKHAIL,

22          Counterdefendant.

23

24

25

26 ///

27 ///

28                               1
                           PROPOSED ORDER

1055640.1

ADORNO YOSS ALVARADO & SMITH
ATTORNEYS AT LAW
SANTA ANA

1    The Stipulation for Dismissals of the First Amended Complaint and

2  Counterclaims with prejudice submitted by the parties is hereby granted.  The entirety

3  of the First Amended Complaint filed in this action as to all defendants is dismissed

4  with prejudice. The entirety of the Counterclaims of defendant and counterclaimant

5  Aetna Life Insurance Company asserted against plaintiff and counter-defendant Peter

6  S. Mikhail is also dismissed with prejudice.

7

8

9  Date:  06/09/08                          PHILIP S. GUTIERREZ

10                                          Judge of the United States District Court

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ADORNO YOSS ALVARADO & SMITH
ATTORNEYS AT LAW
SANTA ANA

2
PROPOSED ORDER

1055640.1